IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 JUL 28 PM 12: 15
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| JORGE GINART-CABEZA, ) | |
| Petitioner, ) | |
| v. ) | CV 314-037 |
| STACEY N. STONE, Warden; JEH JOHNSON, Sec. DHS; ERIC HOLDER, Att'y Gen., and JOHN SANDWEG, Dir. ICE, ) | |
| Respondents. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 6.) In his objections, Petitioner primarily reiterates arguments he previously raised in the original petition (doc. no. 1), and he does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Therefore, the Court **OVERRULES** Petitioner's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Petitioner's motion precluding his transfer (doc. no. 2), **DISMISSES** this case for lack of jurisdiction, and **CLOSES** this civil action.

SO ORDERED this 28th day of July, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE